**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

Trustee's Final Report

In Re: MATTHEW S. PURCELL & PAULA J. PURCELL          Case Number: 07-70808
14204 TALCOTT DRIVE                      SSN-xxx-xx-6992 & xxx-xx-1484
SOUTH BELOIT, IL  61080

Case filed on: 4/5/2007
Plan Confirmed on:

X Converted  Unconfirmed

Total funds received and disbursed pursuant to the plan: $2,929.63          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | ATTORNEY PHILIP H HART | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | PIERCE & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | BUSINESSMENS COLLECTION BUREAU | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | NELNET | 0.00 | 0.00 | 0.00 | 0.00 |
| 038 | PIONEER CREDIT RECOVERY | 0.00 | 0.00 | 0.00 | 0.00 |
| 049 | VIKING COLLECTION SERVICE, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 052 | TOWN OF MANILUS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | TOWN OF MANLIUS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Priority | 0.00 | 0.00 | 0.00 | 0.00 |
| 055 | MATTHEW S. PURCELL | 0.00 | 0.00 | 1,808.96 | 0.00 |
| 998 | MATTHEW S. PURCELL | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 1,808.96 | 0.00 |
| 002 | AMERICU CREDIT UNION | 6,579.69 | 6,579.00 | 832.20 | 217.80 |
| 003 | COUNTRYWIDE HOME LOANS INC | 99,049.38 | 0.00 | 0.00 | 0.00 |
| 004 | COUNTRYWIDE HOME LOANS INC | 10,949.38 | 0.00 | 0.00 | 0.00 |
| 051 | VERIZON WIRELESS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 116,578.45 | 6,579.00 | 832.20 | 217.80 |
| 001 | AMERICAS SERVICING COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | AMERICU CREDIT UNION | 0.00 | 0.69 | 0.00 | 0.00 |
| 007 | AFNI | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | ALLIANT ENERGY / SBWG & E | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | ALLIED INTERSTATE | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | ALLIED NATIONAL, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | ASSOCIATED GASTROENTEROLOGISTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | BEST BUY | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | CAPITAL MANAGEMENT SERVICES, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | CAPITAL ONE | 3,047.20 | 3,047.20 | 0.00 | 0.00 |
| 016 | CBCS 70 | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | CREDITORS COLLECTION SERVICES, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | FRDF / CBSD | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | FRED MEYER | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | ECAST SETTLEMENT CORPORATION | 4,375.04 | 4,375.04 | 0.00 | 0.00 |
| 021 | LITTMAN & BARCLAY PLAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | MED-REV RECOVERIES, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | MERCANTILE ADJUSTMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | MICHAEL BABB | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | MICHAEL PURCELL | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | NATIONAL GRID | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | NCO FINANCIAL SYSTEMS INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | NEW YORK STATE HIGHER EDUCATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | NIAGRA MOHAWK | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | NORTH MEDICAL PC | 642.69 | 642.69 | 0.00 | 0.00 |
| 032 | HAROLD E. GOLDBERG, ESQ. | 5,074.09 | 5,074.09 | 0.00 | 0.00 |
| 033 | ECAST SETTLEMENT CORPORATION | 406.45 | 406.45 | 0.00 | 0.00 |
| 034 | ONONADA COUNTY WATER AUTHORITY | 183.43 | 183.43 | 0.00 | 0.00 |
| 035 | ORTHODONTIC ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 036 | PAUL & SUSAN GOOD | 0.00 | 0.00 | 0.00 | 0.00 |
| 037 | ECAST SETTLEMENT CORPORATION | 689.66 | 689.66 | 0.00 | 0.00 |
| 039 | RICKENBACKER COLLECTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 040 | ROMEO & ROMEO, P.C. | 0.00 | 0.00 | 0.00 | 0.00 |
| 041 | LVNV FUNDING LLC | 1,555.27 | 1,555.27 | 0.00 | 0.00 |
| 042 | SEVENTH AVENUE | 0.00 | 0.00 | 0.00 | 0.00 |
| 043 | SEVENTH AVENUE | 0.00 | 0.00 | 0.00 | 0.00 |
| 044 | SIMONS AGENCY | 0.00 | 0.00 | 0.00 | 0.00 |
| 045 | ST. JOSEPHS PATHOLOGY P.C. | 0.00 | 0.00 | 0.00 | 0.00 |

**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

| | | | | | |
|---|---|---:|---:|---:|---:|
| 046 | TARGET NATIONAL BANK fka RETAILERS NAT'L | 318.18 | 318.18 | 0.00 | 0.00 |
| 047 | TIMOTHY GOODMAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 048 | VERIZON | 0.00 | 0.00 | 0.00 | 0.00 |
| 050 | WF FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 053 | WISCONSIN POWER & LIGHT | 300.00 | 300.00 | 0.00 | 0.00 |
| 054 | LVNV FUNDING LLC | 257.49 | 257.49 | 0.00 | 0.00 |
| | Total Unsecured | 16,849.50 | 16,850.19 | 0.00 | 0.00 |
| | Grand Total: | 133,427.95 | 23,429.19 | 2,641.16 | 217.80 |

Total Paid Claimant:     $2,858.96
Trustee Allowance:       $70.67
Percent Paid Unsecured:  0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

    /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on <u>09/27/2007</u>              By  /s/Heather M. Fagan